## COMMONWEALTH *vs.* CHARLES W. WALLACE.

The provision of *St.* 1855, *c.* 215, § 34, that, in prosecutions for the sale of spirituous and intoxicating liquors, delivery in or from any building or place, other than a dwelling-house, " shall be deemed *prima facie* evidence of a sale, and be punishable as such sale," is constitutional, and applies to all cases of such prosecutions; but the presumption is liable to be rebutted by attending circumstances, or other facts.

COMPLAINT for an unlawful sale of spirituous and intoxicating liquor, in violation of *St.* 1855, *c.* 215, § 15. Trial in the court of common pleas before *Sanger*, J., who signed the following bill of exceptions:

" The district attorney relying upon the delivery of spirituous and intoxicating liquor, under the thirty-fourth section of said law, as *prima facie* evidence of sale thereof, the defendant requested that the jury might be instructed, that said section was unconstitutional; that said section applied only where a naked delivery was proved, without any accompanying circumstances; that a delivery could not be punished as a sale, unless the defendant was indicted for such delivery under said section; and that it was for the jury to judge whether said section was applicable to the case at bar.

" The judge refused to give each of these instructions; but instructed the jury that they were not the judges of the constitutionality of the law; that said thirty-fourth section was constitutional; that if there was proved, beyond a reasonable doubt, a delivery of intoxicating liquor by the defendant from any building or place other than a private dwelling-house or its dependencies, it would be *prima facie* evidence of a sale, and would warrant a verdict of guilty; but that the circumstances under which the delivery was made might rebut the presumption, or the presumption might be rebutted by proof. The jury returned a verdict of guilty, and the defendant excepts."

*N. St. J. Green*, for the defendant.

*J. H. Clifford*, (Attorney General,) for the Commonwealth, relied on *Commonwealth* v. *Williams*, 6 Gray, 1.

THE COURT                                    *Overruled the exceptions.*